PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sandra Vines                                               Cr.: 2:99-CR0700

Name of Sentencing Judicial Officer: ALFRED J. LECHNER. JR.

Date of Original Sentence: 03/14/00

Original Offense: Utter Forged and Counterfeit Security

Original Sentence: Imprisonment 51 months; three year term of supervised release. Special conditions include drug testing and treatment; full financial disclosure; employment restriction; no new credit or debt.

Type of Supervision: Supervised Release             Date Supervision Commenced: 10/30/03

Assistant U.S. Attorney: Russell Jacobson          Defense Attorney: Cathy Waldor, Esq. (Assigned)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report to the Probation Office as directed on the following dates: 3/29/05; 4/19/05; 5/10/05; 5/24/05; 5/31/05; 6/7/05; 7/5/05. The offender's present whereabouts are unknown. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | The offender failed to report a change in residence. Her last known address was the Mounts Motel in Lawrenceville, NJ. Attempts to reach the offender at that residence were unsuccessful, and the clerk at the hotel reported he had not seen her for a two week period. It was noted that the offender's belongings remained there. |

3   The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender failed to refrain from the use of illegal substances as evidenced by the following positive urine results: 10/26/04- positive for cocaine and morphine; 12/13/04- positive for cocaine, codeine and morphine.

4   The offender has violated the supervision condition which states "**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to comply with drug treatment directives. She was instructed to attend out-patient drug treatment at Family/Children Services of Central NJ, located in Princeton, NJ. The offender failed to attend treatment as directed.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 07/14/05

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

23 Aug / 2005
_____
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
ERIC K. SNYDER
MATTHEW F. MILLER

August 2, 2005

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

The Honorable Alfred J. Lechner, Jr.
United States District Court Judge
Martin Luther King, Jr. Courthouse
Newark, New Jersey 07102

RE: VINES, Sandra
Dkt#: 299CR0700

**Violation of Supervised Release**
**Request for Warrant**

Dear Judge Lechner:

On March 14, 2000, Sandra Vines appeared before Your Honor for sentencing on a charge of "Uttering Forged and Counterfeit Security." At that time she was sentenced to a fifty-one (51) month term of imprisonment to be followed by a three year term of supervised release.

Special conditions imposed were as follow: to comply with drug treatment and testing; financial disclosure; employment restrictions and no new credit or debt. In addition, restitution in the amount of $161,342.56 was imposed payable at the rate of $25.00 per month. To date, the offender has made no payments towards her outstanding restitution obligation. Sandra Vines was released from custody on October 30, 2003.

We are writing to the Court to inform of this individual's non-compliance with supervision and treatment directives. Since being placed on supervision, the offender has been battling a heroin and cocaine addiction. She has been offered the opportunity of several inpatient treatment referrals, as well as outpatient treatment, including methadone to control her addiction. All of these attempts at intervention have been unsuccessful.

Vines has been non-compliant with reporting and has not followed up with drug treatment recommendations; due to missed sessions, a proper urinalysis program could not be implemented. However, Vines herself has admitted to continued substance abuse. The offender has failed to maintain contact with the probation office. Her current residence is unknown.

Based upon this individual's continued non-compliance with probation directives and continued substance abuse, we respectfully request a warrant be issued. If Your Honor agrees with our recommendation, please sign the attached Petition.